IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANN B. ROBERTS and ) | |
| GAYLE M. CARLSON ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-0617-CB-C |
| ) | |
| MOBILE MENTAL HEALTH, INC., ) | |
| ) | |
|     Defendant. ) | |

**ORDER**

The parties have informed the Court that this case has settled. Therefore, it is **ORDERED** that all claims in the above-styled action be **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure. Each party shall bear their own costs unless otherwise agreed by the parties.

**DONE** and **ORDERED** this 29th day of December 2005.

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**